**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 9, 2015 |
| Court Reporter: Janet Coppock | Time: 33 minutes |
| Probation Officer: Justine Kozak | Interpreter: Marcella Salazar |

**CASE NO.  14-CR-00096-PAB-11**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Stephanie Podolak |
| Plaintiff, | |
| vs. | |
| **11.  JUAN MANUEL QUINTERO,** | Daniel Smith |
| Defendant. | |

**SENTENCING**

**9:05 a.m.**    **COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**ORDERED:**  Defendant's Unopposed Motion Requesting Level 2 Access Restriction to Previously Filed Document [Docket No. 1070], is **GRANTED**.

Page Two
14-CR-00096-PAB-11
July 9, 2015

Argument by Ms. Podolak in suport of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and comments addressing sentencing. Questions by the Court.

**ORDERED:** Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [Docket No. 1059], is **GRANTED in PART**.

Argument by Mr. Smith in support defendant Juan Manuel Quintero's Motion for Non-Guideline Sentence Pursuant to 18 USC §3553(a) and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant Juan Manuel Quintero's Motion for Non-Guideline Sentence Pursuant to 18 USC §3553(a) [Docket No. 1056], is **GRANTED IN PART.**

Defendant entered his plea on **February 3, 2015** to count **Two of the Second Superseding Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **48** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
14-CR-00096-PAB-11
July 9, 2015

- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Application for the Third Point for Acceptance of Responsibility [Docket No. 1060], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts [Docket No. 1061], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:42 a.m.** **COURT IN RECESS**

**Total in court time:   33 minutes   Hearing concluded**